

**IN THE COURT OF CRIMINAL APPEALS**
**OF TEXAS**

**NO. WR-86,575-01**

**EX PARTE BRIAN SUNIGA, Applicant**

**ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS**
**IN CAUSE NO. 2012-434109 IN THE 140TH JUDICIAL DISTRICT COURT**
**LUBBOCK COUNTY**

*Per curiam*.

**O R D E R**

In May 2014, a jury found Applicant guilty of the offense of capital murder. *See* TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory punishment questions set out in Texas Code of Criminal Procedure Article 37.071, the trial court sentenced Applicant to death.[1] On May 23, 2016, the State filed in this Court its brief on Applicant's direct appeal. Pursuant to Article 11.071 §§ 4(a) and (b), Applicant's initial

---

[1] Unless otherwise indicated, all references in this order to Articles refer to the Texas Code of Criminal Procedure.

application for a writ of habeas corpus was due to be filed in the trial court on or before October 5, 2016, assuming a motion for extension was timely filed and granted. *See* Art. 11.071 §§ 4(a) and (b).

It has been more than four years since the application was due in the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 60 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 13TH DAY OF JANUARY, 2021.

Do Not Publish